# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADIAH MILES,<br>　　　　　**Plaintiff,**<br><br>　　　　　v.<br><br>ANDREW SAUL,[1]<br>**Commissioner of Social Security Administration,**<br>　　　　　**Defendant.** | CIVIL ACTION<br><br><br><br>NO. 17-4780 |

# O R D E R

**AND NOW**, this 1st day of October, 2019, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated August 22, 2019, no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated August 22, 2019, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED** to the extent plaintiff seeks a remand to the Acting Commissioner of Social Security and **DENIED** in all other respects. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated August 22, 2019.

　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DuBOIS, JAN E., J.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul is substituted for Nancy A. Berryhill as the defendant in this suit.